# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NORTHLAND GRANDEVILLE, LLC,**

    **Plaintiff,**

v.                                    Case No: 6:17-cv-1421-Orl-18DCI

**WILLIAM VINCENT and HEATHER SCHOLL,**

    **Defendants.**

## ORDER

This cause comes for consideration on Defendant William Vincent's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 4), which the Court referred to the United States Magistrate Judge for a report and recommendation. On August 7, 2017, the Magistrate Judge issued the Report and Recommendation (Doc. 8). Having reviewed the Report and Recommendation (Doc. 8), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUGED** as follows:

    1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

    2. The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 4) is **DENIED**, and all other pending motions are **DENIED as moot**.

    3. This case is **REMANDED** to the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.

4. The Clerk of the Court is directed to transmit a certified copy of this Order of Remand to the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida and to subsequently **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this ___30___ day of August, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties